| STATE OF INDIANA | ) | IN THE LAKE _____ COURT |
|---|---|---|
| | )ss | |
| COUNTY OF LAKE | ) | SITTING IN _____, INDIANA |

| | |
|---|---|
| EUGENE CALLAHAN and DOROTHY CALLAHAN   )<br>)<br>)<br>Plaintiffs,   )<br>)<br>Vs.   )<br>)<br>MENARD, INC.   )<br>)<br>Defendant.   ) | CAUSE NO: |

## COMPLAINT

Comes now, Plaintiffs Eugene Callahan and Dorothy Callahan, by counsel Law Office of David Gladish, P.C. by David S. Gladish and Mark J. Schocke and hereby asserts the following cause of action against Defendant Menard, Inc. as follows:

1. Plaintiffs Eugene Callahan and Dorothy Callahan are an adult resident of the Town of St. John, Lake County, State of Indiana.

2. Defendant Menard, Inc. is a foreign for-profit corporation doing business in the Town of Schererville, Lake County, State of Indiana. (hereinafter referred to as "Defendant").

3. On or about October 16, 2021, Plaintiffs were invitees of Defendant in the Town of Schererville, Indiana, Lake County, State of Indiana.

4. That Defendant owed Plaintiffs a duty of care which included providing safe ingress and egress while Plaintiffs were on the Defendant's property.

5. That Defendant proceeded to breach the duty of care it owed to the Plaintiffs by allowing a dangerous condition to exist on the property.

6. That as a direct and proximate result of Defendant's negligence as aforesaid, Plaintiffs were struck and knocked to the ground resulting in personal injuries requiring medical care and attention along with the incidental and consequential expenses involved therewith. That

45C01-2111-CT-001153
Lake Circuit Court

Filed: 11/18/2021 4:34 PM
Clerk
Lake County, Indiana

while the Plaintiffs were convalescing from their injuries, they have suffered emotional distress as well as loss of enjoyment of life.

WHEREFORE, Plaintiffs Eugene Callahan and Dorothy Callahan respectfully requests judgment against Defendant Menard, Inc. in an amount of money that will adequately compensate them for the injuries and damages they have sustained, continues to sustain, for costs of this action and for all other just and proper relief in the premises.

## JURY DEMAND

Plaintiffs demands trial by jury.

/s/Mark J. Schocke
MARK J. SCHOCKE, #29746-45
Law Office of David Gladish, P.C.
3235 45th Street
Highland, IN  46322
(219) 838-1900

/s/ David Gladish
DAVID S. GLADISH, #18653-45
Law Office of David Gladish, P.C.
3235 45th Street
Highland, IN  46322
(219) 838-1900