UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| EUGENE CALLAHAN and DOROTHY CALLAHAN, ) ) ) Plaintiffs, ) ) v. ) ) MENARD, INC., ) ) Defendant. ) ) | Cause No. 2:22-CV-286-PPS-JPK |

# **ORDER**

Before the Court is the parties' Agreed Motion to Remand, pursuant to 28 U.S.C. § 1447(c). [DE 13.] On November 18, 2021, Plaintiffs Eugene and Dorothy Callahan filed suit against Defendant Menard, Inc. in Lake Circuit Court, seeking compensation for injuries they claim were the result of Defendant's negligence. [DE 7.] On October 4, 2022, Defendant filed its Petition for Removal to federal court. [DE 1.] The parties' joint motion indicates that they have now stipulated that Plaintiffs "will not seek, demand, or accept any recovery in excess of $75,000," and agree that the matter should be remanded back to state court. [DE 13, ¶ 3.]

Diversity jurisdiction is present when the citizenship of the parties is completely diverse and the "matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs." 28 U.S.C. § 1332(a). "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447(c). Because the parties have stipulated that the amount in controversy does

not exceed the minimum of $75,000 necessary to trigger jurisdiction under § 1332(a), this Court does not have subject matter jurisdiction over the action.

**ACCORDINGLY:**

The parties' Agreed Motion to Remand [DE 13] is **GRANTED**. This case is **REMANDED** back to the Lake Circuit Court under Cause Number 45C01-2111-CT-001153. The Clerk shall treat this civil action as **TERMINATED**. All further settings in this action are hereby **VACATED**.

**SO ORDERED.**

ENTERED: November 7, 2022.

                                        /s/ Philip P. Simon
                                        PHILIP P. SIMON, JUDGE
                                        UNITED STATES DISTRICT COURT